FLEXMIR, INC., PLAINTIFF-PETITIONER, v. LINDEMAN & COMPANY, DEFENDANT-RESPONDENT.

See same case below: 14 *N. J. Super.* 379.

*Messrs. Lum, Fairlie & Foster* and *Mr. Raymond W. Troy* for the petitioner.

*Mr. Louis K. Press, Mr. Morris M. Schnitzer* and *Mr. Daniel G. Kasen* for the respondent.

October 22, 1951.  Granted.

EDNA M. GENEROS, ET AL., PLAINTIFFS-PETITIONERS, v. CLIFTON CENTRE PASTRY SHOP, INC., DEFENDANT-RESPONDENT.

*Messrs. Marcus & Levy, Mr. Hyman W. Rosenthal* and *Mr. Harry Chashin* for the petitioners.

*Messrs. Cox & Walburg* and *Mr. Victor C. Hansen* for the respondent.

October 22, 1951.  Denied.